IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

TRIMBLE NAVIGATION LIMITED, a )
California corporation,       )
                             )
            Plaintiff,        )          8:07CV112
                             )
       v.                     )
                             )
RHS, INC., a Kansas           )          ORDER
corporation, CSI WIRELESS,    )
INC., a Canadian corporation, )
and SATLOC, INC., an Arizona  )
corporation,                  )
                             )
            Defendants.       )
_____)

        This matter is before the Court on plaintiff's motion

for expedited response and hearing on motion to compel Kelvin M.

Korver to comply with subpoena (Filing No. 3).  The Court finds

the motion should be granted.  Accordingly,

        IT IS ORDERED that said motion is granted; a hearing on

plaintiff's motion to compel Kelvin M. Korver to comply with

subpoena (Filing NO. 1) is scheduled for:

        **Wednesday, March 28, 2007, at 2:30 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.

        DATED this 26th day of March, 2007.

                        BY THE COURT:


                        /s/ Lyle E. Strom
                        _____
                            LYLE E. STROM, Senior Judge
                            United States District Court