IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TRIMBLE NAVIGATION LIMITED, a )
California corporation,       )
                              )
           Plaintiff,         )        8:07CV112
                              )
     v.                       )
                              )
RHS, INC., a Kansas           )        ORDER
corporation, CSI WIRELESS,    )
INC., a Canadian corporation, )
and SATLOC, INC., an Arizona  )
corporation,                  )
                              )
           Defendants.        )
_____)
```

On July 17, 2007, the Court entered an order (Filing No. 28), in which the Court found that Kelvin Korver was entitled to recover not only costs but that he was entitled to recover attorneys' fees in connection with the retrieval, identification and review of the documents which he was required to produce in response to a subpoena duces tecum served on him by the defendants.

However, the Court found that Mr. Korver had failed to properly substantiate his claimed legal fees because the number of hours and the hourly rate were not disclosed. Accordingly, Mr. Korver was given until July 27, 2007, to submit evidence to substantiate the attorneys' fees claimed. Mr. Korver has now done so. No objections have been filed to the showing of Mr. Korver with respect to attorneys' fees incurred. These fees, however, should be limited to legal fees which were incurred in

connection with the gathering, analyzing, and identifying materials responsive to the subpoena and in reviewing those materials.  Mr. Korver's present compliance with the Court's order of July 17, 2007, consists of the affidavit of Janet E. Phipps Burkhead and the affidavit of Scott E. Tollefsen (Filing Nos. 30 and 31).  Having in mind the limitations the Court imposed in its order of July 17, 2007 (Filing No. 28), the Court finds that defendants should reimburse Mr. Korver for attorneys' fees in the total amount of $8,372.75.  Accordingly,

IT IS ORDERED that defendants shall reimburse Mr. Korver for attorneys' fees in the total amount of $8,372.75.

DATED this 5th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court